# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2280
_____

SYLVESTER HAMILTON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Melissa Gates Olin, Judge.

June 13, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.